**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

KEITH JOHNSTONE,

Plaintiff,                                          Case No. 11-61156-CIV-MARTINEZ-MCALILEY

vs.

LTD FINANCIAL SERVICES, L.P.,

Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE**

    Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with prejudice.

Dated: June 22, 2011                         Respectfully submitted,

                                                /s Andrew I. Glenn
                                                Andrew I. Glenn
                                                E-mail: AGlenn@cardandglenn.com
                                                Florida Bar No.: 577261
                                                J. Dennis Card, Jr.
                                                E-mail:DCard@cardandglenn.com
                                                Florida Bar No. 0487473
                                                Card & Glenn, P.A.
                                                2501 Hollywood Boulevard, Suite 100
                                                Hollywood, Florida 33020
                                                Telephone: (954) 921-9994
                                                Facsimile:  (954) 921-9553
                                                Attorneys for Plaintiff